UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>JONATHAN VILLOT )<br>) | NO: 4:19-CR-40049-TSH-15 |

**Defendant's Assented To Motion To Continue**

NOW COMES the defendant in the above captioned matter and respectfully moves this Court to continue his Rule 11 hearing from September 16, 2022, to November 14, 2022, or to another date thereafter convenient to the Court and the parties.

In conjunction with this motion, the defendant waives and all speedy trial rights.

The United States, through its Attorney, Alathea Porter, assents to this Motion.

Respectfully Submitted,
Counsel for the defendant,

/s/ *Liam Scully*

_____
Liam D. Scully
Scully & Lagos
10 Post Office Square
Suite 1330
Boston, MA  02109
(617) 307-5056

September 9, 2022

1

**Certificate of Service**

    I hereby certify that a copy of the above motion was filed electronically and served on this date to all registered participants as identified on the Notice of Electronic Filing by the CM/ECF. Signed: /s/ *Liam Scully*, Dated: September 9, 2022.